Motion Granted; Appeal Dismissed and Memorandum
Opinion filed September 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00709-CV

____________

 

AGBOLADE ODUTAYO, Appellant

 

V.

 

JASPER EMERGENCY MEDICINE ASSOCIATES, P.A., Appellee

 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 2011-01829

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed August 1, 2011.  On August 31, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce, and McCally.